Edward H. RUSSELL and Doris B. Russell, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 21281.

United States Court of Appeals
Fifth Circuit.

June 1, 1965.

C. Delbert Hosemann and Brunini, Everett, Grantham & Quin, Vicksburg, Miss., for petitioners.

Ralph A. Muoio, Atty., Dept. of Justice, Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, John B. Jones, Jr., Acting Asst. Atty. Gen., Harry Baum, Attys., Dept. of Justice, Sheldon S. Cohen, Chief Counsel, I. R. S., Charles Owen Johnson, Atty., I. R. S., Washington, D. C., for respondent.

Before WISDOM and GEWIN, Circuit Judges, and BOOTLE, District Judge.

PER CURIAM.

There is little or nothing we can say to add to the opinion of the Tax Court. 40 T.C. 810. We adopt that opinion as our own opinion and affirm the decision of the Tax Court.

* Senior Circuit Judge of the D.C.Circuit, sitting by designation.

---

Lillie M. WALDREP, Appellant,

v.

Anthony J. CELEBREZZE, Secretary of Health, Education and Welfare, Appellee.

No. 21806.

United States Court of Appeals
Fifth Circuit.

June 1, 1965.

John V. Denson, II, Opelika, Ala., for appellant.

Rodney R. Steele, Asst. U. S. Atty., Ben Hardeman, U. S. Atty., Montgomery, Ala., for appellee.

Before TUTTLE, Chief Judge, EDGERTON,* and SMITH,** Circuit Judges.

PER CURIAM.

The only questions open for determination on this appeal are whether on the record as a whole there is substantial evidence to support the factual determinations made by the Secretary, and whether his ultimate decision has a reasonable basis in the law. We conclude that in both respects the trial court correctly found in favor of the Secretary.

The judgment is affirmed.

** Of The Third Circuit, sitting by designation.